IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SHERRI L. DAVIS, et al.,** | \| |
| **PLAINTIFFS** | \| |
| vs. | \|   Case No. 2:06-cv-00187-ID-SRW |
| **TMA FOREST PRODUCTS GROUP, etc., et al.,** | \| |
| **DEFENDANTS** | \| |

### DEFENDANT LOUISIANA-PACIFIC CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Louisiana-Pacific Corporation ("Louisiana-Pacific") states that it has no parent corporation and that no publicly-held corporation presently owns 10% or more of Louisiana-Pacific's stock.

Pursuant to this Court's standing Order on Corporate Disclosure Statements (Civil Misc. No. 3047, dated Jan. 14, 2000), Louisiana-Pacific states that it has no parent companies, subsidiaries, or affiliates that have shares issued to the public.

Respectfully submitted this 2nd day of March, 2006.

/s/ Dennis R. Bailey_____
Dennis R. Bailey (4845-I71D)
R. Austin Huffaker (3422-F55R)
Attorneys for Defendants

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3100 (phone)
(334) 262-6277 (fax)
drb@rsjg.com (Bailey e-mail)
rah2@rsjg.com (Huffaker e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

    W. Eason Mitchell

    Gregory A. Cade

    H. Thomas Wells, Jr.

    John A. Earnhardt


    /s/ Dennis R. Bailey_____
    Of counsel