IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SHERRI L. DAVIS, et al.,** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | **CIVIL ACTION NO. 2:06cv187-IDM** |
| v. ) | |
| ) | |
| **TMA FOREST PRODUCTS GROUP,** ) | |
| **etc., et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

**ORDER**

Upon CONSIDERATION of Defendants' consent motion for enlargement of time to respond to complaint, filed March 2, 2006 (Doc. No. 4), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint is hereby EXTENDED to and including March 22, 2006.

DONE this 2nd day of March, 2006.

                                   /s/ Ira DeMent
                                   SENIOR UNITED STATES DISTRICT JUDGE