**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 3, 2006

NOTICE OF REASSIGNMENT

To:    All Counsel of Record

Re:    Davis et al v. TMA Forest Products Group et al
       Civil Action No. 2:06-cv-00187-ID

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now **2:06-cv-00187-WKW**. This new case number should be used on all future correspondence and pleadings in this action.