IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRI L. DAVIS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-187-WKW |
| ) | |
| TMA FOREST PRODUCTS GROUP, et al. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is ORDERED that the plaintiffs shall show cause **on or before April 14, 2006**, why the defendants' motions to dismiss (Doc. # 8 and Doc. # 10) should not be granted in whole or in part.

DONE this the 24th day of March, 2006.

                                                 /s/   W.  Keith Watkins
                                                 UNITED STATES DISTRICT JUDGE