IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**SHERRI L. DAVIS; et al.**                                                    **PLAINTIFFS**

**VERSUS**                              **CIVIL ACTION NO. 2:06-CV-187-WKW**

**TMA FOREST PRODUCTS GROUP; et al.**                **DEFENDANTS**

### MOTION TO REMAND

The Plaintiffs move this Court for an order remanding this cause back to the Circuit Court of Covington County, Alabama, because:

1. This Court lacks subject matter jurisdiction.

2. There is no diversity of citizenship required by 28 U.S.C. 1332.

3. Remand is proper under 28 U.S.C. 1447(c) and the reasons and arguments set out in Plaintiffs' Memorandum in Support of Motion to Remand.

This 7th day of April, 2006.

                                                     /s/ W. Eason Mitchell
                                                     W. EASON MITCHELL (MIT020)
                                                     The Colom Law Firm, LLC
                                                     Post Office Box 866
                                                     Columbus, MS 39703-0866
                                                     Telephone: 662-327-0903
                                                     Facsimile: 662-329-4832
                                                     emitchell@colom.com

        /s/ Gregory A. Cade
        GREGORY A. CADE (CAD010)
        Environmental Litigation Group
        3529 Seventh Avenue South
        Birmingham, AL  35222
        Telephone: 205-328-9200
        Facsimile: 205-328-9206
        gregc@elglaw.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on April 7, 2006, I electronically filed the foregoing *Motion to Remand* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    H. Thomas Wells, Jr., Esq.
    John A. Earnhardt, Esq.
    Dennis R. Bailey, Esq.
    R. Austin Huffaker, Esq.

        /s/ W. Eason Mitchell
        W. Eason Mitchell

45534.wpd