**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 11, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Sherri L. Davis vs. TMA Forest Products Group, et al**
**Case Number: 2:06cv187-WKW**

**Pleading : #14 - Brief in Support of Motion to Remand**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 4/7/2006 did not contain page 3 in the brief.**

**The corrected pdf document is attached to this notice.**