IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRI L. DAVIS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-187-WKW |
| ) | |
| TMA FOREST PRODUCTS GROUP, et al. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is ORDERED that the defendants shall show cause **on or before May 5, 2006**, why the plaintiffs' motion to remand (Doc. # 13) should not be granted.

DONE this the 13th day of April, 2006.

                              /s/   W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE