IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRI L. DAVIS, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>TMA FOREST PRODUCTS GROUP, et al. )<br>)<br>    Defendants. ) | CASE NO. 2:06-CV-187-WKW |

## **ORDER**

It is ORDERED that Plaintiffs' Unopposed Motion for Extension of Time (Doc. # 18) is GRANTED. The date for responding to Defendants' Motion to Dismiss is extended from April 14, 2006, to April 24, 2006.

DONE this the 14th day of April, 2006.

                                   /s/ W. Keith Watkins
                          UNITED STATES DISTRICT JUDGE