State of Alabama

County of Covington

## AFFIDAVIT

My name is Sherri Davis and I reside at 3278 Glenn Chambers Road, Lockhart, AL 36455. I was born on December 25, 1952. From approximately 1980 until 1983 I lived at 18 Osage Street in Lockhart, Alabama, and then moved to 5 Catawba Street until approximately 1985. My first residence was within 8/10 of a mile of the Louisiana-Pacific wood treatment facility and my second residence was within ½ of a mile. I attended school and church in the immediate vicinity of the Louisiana-Pacific wood treatment facility. I was never employed by any of the owners or operators of the Louisiana-Pacific wood treatment facility.

I was diagnosed with infiltrating carcinoma in my right breast in August of 1998. I had no suspicion or reason to suspect that my breast cancer was caused by exposure to toxic chemicals until I was advised of toxic chemicals that were released into the environment at the Louisiana-Pacific wood treatment facility near where I have lived, attended school and worked. I have never been exposed to any industrial chemicals or

any other chemical that, to my knowledge is a carcinogen that would cause cancer except for the chemicals that I have now learned were released into the environment at the Louisiana-Pacific facility. It is now my belief that my cancer was caused by the exposure to toxic and hazardous chemicals, which were released from the Louisiana-Pacific facility.

_____
SHERRI DAVIS

Sworn to and subscribed before me this \_\_\_\_ day of _____,
2006.

_____
NOTARY PUBLIC

My Commission Expires: 9-13-08

45338.wpd