State of Alabama

County of Covington

## AFFIDAVIT

My name is James Allen and I reside at 26053 5th Avenue, Florala, AL 36442, where I have lived since approximately 1998. I was born on October 23, 1935. I lived at 811 North 9th Street from 1991 to 1998. I was never employed by any of the owners or operators of the Louisiana-Pacific wood treatment facility.

I was diagnosed with renal cell cancer in 2001. I had no suspicion or knowledge that my cancer was caused by exposure to toxic chemicals. I did not know that toxic chemicals had been released into the environment at the Louisiana-Pacific wood treatment facility and did not know that I had been exposed to them. I did not suspect or have any reason to suspect that my cancer was caused by exposure to the chemicals, which were released into the environment from that facility.

_____
JAMES ALLEN

Sworn to and subscribed before me this 10 day of April, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 9-13-08