State of Alabama

County of Covington

## AFFIDAVIT

My name is James Caraway and my date of birth is October 24, 1930. I currently reside at 26561 Fifth Avenue, Florala, AL 36442, where I have lived since 2002. I have also lived at 22 Rappahanock Avenue, Lockhart, AL and 511 Covington Street, Florala, AL during the years 1971 to 1987.

I was diagnosed with multiple myeloma approximately February of 2005. I have also been diagnosed with chronic obstructive pulmonary disease (COPD.) I had no suspicion or knowledge that my cancer or other health conditions were caused by exposure to toxic chemicals. I did not know that toxic chemicals had been released into the environment at the Louisiana-Pacific wood treatment facility and did not know that I had been exposed to them. I did not suspect or have any reason to suspect that my cancer or other health conditions were caused by exposure to the chemicals, which were released into the environment from that facility.

_____
JAMES CARAWAY

Sworn to and subscribed before me this 10 day of April, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 9-13-08

Page 1 of 1