State of Alabama
County of Covington

## AFFIDAVIT

My name is Sandra Cobb and I reside at 23400 Third Avenue, Florala,

AL 36442, where I have lived since 1971.  My date of birth is February 19,

1950.  I was never employed by any of the owners or operators of the

Louisiana-Pacific wood treatment facility.

I was diagnosed with infiltrating ductal carcinoma of the right

breast in 2003.  I had no suspicion or knowledge that my cancer was

caused by exposure to toxic chemicals.  I did not know that toxic

chemicals had been released into the environment at the Louisiana-

Pacific wood treatment facility and did not know that I had been exposed

to them.  I did not suspect or have any reason to suspect that my cancer

was caused by exposure to the chemicals which were released into the

environment from that facility.

_Sandra Cobb_
SANDRA COBB

Sworn to and subscribed before me this _10_ day of _April_,

2006.

_Wendy W Allen_
NOTARY PUBLIC

My Commission Expires: 9-13-08
45339.wpd