State of Alabama
County of Covington

## AFFIDAVIT

My name is Ruth Creech. I am the maternal grandmother OF Kandy Creech and have legal guardianship over her. She was born on July 11, 1978 and has resided with me for most of her life. She was born in Florala and has resided here her entire life. We currently reside at 24569 Creech Road, Florala, AL 36422.

Kandy has been diagnosed with right cerebral hemisphere mass, intracranial mass which was removed 2004. She has also been diagnosed with learning disabilities.

Kandy has never been employed in any industry, never made use of any industrial chemical compounds and has never been employed by any of the defendants. Kandy attended the Florala school system and graduated from the Florala High School in 1998. These schools are within one mile of the Louisiana Pacific facility.

I have acted as next of friend for Kandy's claim for personal injuries. It is my belief that Kandy's medical conditions are a result of exposure to chemicals that were released into the environment from the

Louisiana-Pacific facility near our home. Neither I nor Kandy knew that the chemicals which were released into the environment from the Louisiana-Pacific facility caused or promote such severe medical conditions.

*Ruth Creech*
RUTH CREECH

Sworn to and subscribed before me this 11 day of April 2006.

*Wendy W. Albri*
NOTARY PUBLIC

My Commission Expires: 9-13-08

45332.wpd