State of Alabama
County of Covington

# AFFIDAVIT

My name is Dorothy DeVaughn and I was born on September 4, 1935. I reside at 1938 10th Avenue, Florala, AL 36442, where I have lived since approximately 1977. This address was formerly known as 1818 West 12th Avenue prior to the 911 address changes. From approximately 1950 until 1977, I resided at 706 North 9th Avenue, Florala, AL. I was never employed by any of the owners or operators of the Louisiana-Pacific wood treatment facility.

I have been diagnosed with breast cancer, which metastasized to my lung. Due to this diagnoses, I have undergone both a mastectomy on my left breast and thorascopic surgery on my left lung. I had no suspicion or knowledge that my cancer was caused by exposure to toxic chemicals. I did not know that toxic chemicals had been released into the environment at the Louisiana-Pacific wood treatment facility and did not know that I had been exposed to them. I did not suspect or have any reason to suspect that my cancer was caused by exposure to the chemicals, which were released into the environment from that facility.

_____
DOROTHY DEVAUGHN

Sworn to and subscribed before me this 10 day of April, 2006.

Wendy W. Albin
NOTARY PUBLIC

My Commission Expires: 9-13-08

45339.wpd