State of Alabama
County of Jefferson

## AFFIDAVIT

My name is Deborah Reynolds. I have also been known as Deborah Parker and Deborah Nash. I was born on October 3, 1956. From the time of my birth until approximately 1969 I lived at 700 North 10th Street, Florala, Alabama, and then moved to 1912 West 7th Avenue, Florala, AL until approximately 1983. Both of these residences were about ¾ of a mile from the Louisiana-Pacific wood treatment facility. I attended school in the immediate vicinity of the Louisiana-Pacific wood treatment facility. I was never employed by any of the owners or operators of the Louisiana-Pacific wood treatment facility.

I have been diagnosed with chronic myelogenous leukemia (CML.) Due to my medical condition, I had to undergo a bone marrow transplant in 1993. The transplanted bone marrow was donated to me by my brother, who has now been caused to suffer due to my medical condition. I have also been diagnosed with a secondary condition, known as peripheral neuropathy, due to my treatment for the CML. I also suffer from chronic bronchitis. I had no suspicion or reason to suspect that my

leukemia was caused by exposure to toxic chemicals until I was advised of toxic chemicals that were released into the environment at the Louisiana-Pacific wood treatment facility near where I had formerly lived, attended school and worked. I have never been exposed to any industrial chemicals or any other chemical that, to my knowledge, is a carcinogen that would cause cancer, except for the chemicals that I have now learned were released into the environment at the Louisiana-Pacific facility. It is now my belief that my leukemia was caused by my exposure to toxic and hazardous chemicals, which were released from the Louisiana-Pacific facility.

_____
DEBORAH REYNOLDS

Sworn to and subscribed before me this 10th day of April, 2006.

Nancy M. Bryant
NOTARY PUBLIC

My Commission Expires: 5/24/09