State of Alabama
County of Covington

## AFFIDAVIT

My name is Earlie Mae Thomas. My date of birth is September 14, 1945. I was born and raised in Lockhart. I resided at 16E Chickasaw Street, Lockhart, AL from the time of my birth until 1963 and again from approximately 1972 until 1975. I attended elementary school in Lockhart, Alabama. The school I attended and my residence where within less than one-half of a mile from the mill. Since moving from the Lockhart area, I have routinely visited the area. I was never employed by any of the owners or operators of the Louisiana-Pacific wood treatment facility.

I was diagnosed with adenocarcinoma of the colon on June 14, 2004. I had no suspicion or knowledge that my cancer was caused by exposure to toxic chemicals. I did not know that toxic chemicals had been released into the environment at the Louisiana-Pacific wood treatment facility and did not know that I had been exposed to them. I did not suspect or have any reason to suspect that my cancer was caused

by exposure to the chemicals, which were released into the environment from that facility.

*Earlie Mae Thomas*
EARLIE MAE THOMAS

Sworn to and subscribed before me this ⎯11⎯ day of ⎯April⎯, 2006.

*Wendy W. Allen*
NOTARY PUBLIC

My Commission Expires: 9-13-08

45339.wpd