# SEVERN TRENT LABORATORIES, INC.
## PRELIMINARY DATA SUMMARY

---
The results shown below may still require additional laboratory review and are subject to change. Actions taken based on these results are the responsibility of the data user.
---

```
                        Soil Water Air Protection Enterprise                PAGE    18
Lot #:  G6C040214              Creosote Sites           Date Reported:    3/27/06

                                         REPORTING              ANALYTICAL
   PARAMETER                   RESULT    LIMIT      UNITS       METHOD
```

**Client Sample ID: 21967 LOCKHART**
Sample #: 009   Date Sampled: 03/03/06 09:25  Date Received: 03/04/06  Matrix: SOLID

Dibenzodioxins and Dibenzofurans, HRGC/HRMS                                 Reviewed

  J  Estimated result. Result is less than the reporting limit.

8270C (SIM)                                                                 In Review

| PARAMETER | RESULT | REPORTING LIMIT | UNITS | ANALYTICAL METHOD |
|---|---|---|---|---|
| Acenaphthene | ND | 52000 | ng/kg | SW846 8270C SIM |
| Acenaphthylene | 23000 J | 52000 | ng/kg | SW846 8270C SIM |
| Anthracene | 43000 J | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(a)anthracene | ND | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(b)fluoranthene | 430000 | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(k)fluoranthene | 340000 | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(ghi)perylene | 320000 | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(a)pyrene | 31000 J | 52000 | ng/kg | SW846 8270C SIM |
| Benzo(e)pyrene | 34000 J | 52000 | ng/kg | SW846 8270C SIM |
| Chrysene | ND | 52000 | ng/kg | SW846 8270C SIM |
| Dibenz(a,h)anthracene | 37000 J | 52000 | ng/kg | SW846 8270C SIM |
| Fluoranthene | 930000 | 52000 | ng/kg | SW846 8270C SIM |
| Fluorene | 17000 J | 52000 | ng/kg | SW846 8270C SIM |
| Indeno(1,2,3-cd)pyrene | 230000 | 52000 | ng/kg | SW846 8270C SIM |
| 2-Methylnaphthalene | 19000 J | 52000 | ng/kg | SW846 8270C SIM |
| Naphthalene | 28000 J | 52000 | ng/kg | SW846 8270C SIM |
| Phenanthrene | 690000 | 52000 | ng/kg | SW846 8270C SIM |
| Pyrene | 640000 | 52000 | ng/kg | SW846 8270C SIM |

  Results and reporting limits have been adjusted for dry weight.
  J  Estimated result. Result is less than RL.

8270C (SIM)                                                                 In Review
          **IN PROGRESS**

Inorganic Analysis                          Soil                            Reviewed
  Method for Determination      4.2         0.10        %        ASTM D 2216-90
    of Water Content of Soil

(Continued on next page)

## SEVERN TRENT LABORATORIES, INC.
## PRELIMINARY DATA SUMMARY

---

The results shown below may still require additional laboratory review and are subject to change. Actions taken based on these results are the responsibility of the data user.

---

```
                        Soil Water Air Protection Enterprise              PAGE     17
Lot #:  G6C040214              Creosote Sites              Date Reported:  3/27/06

                                        REPORTING              ANALYTICAL
   PARAMETER                RESULT      LIMIT       UNITS      METHOD
```

**Client Sample ID: 21967 LOCKHART**
Sample #: 009   Date Sampled: 03/03/06 09:25   Date Received: 03/04/06   Matrix: SOLID

| PARAMETER | RESULT | REPORTING LIMIT | UNITS | ANALYTICAL METHOD | |
|---|---|---|---|---|---|
| ICP-MS (6020) | | | | | Reviewed |
|   Arsenic | 261 | 0.21 | mg/kg | SW846 6020 | |
|   Chromium | 25.2 | 0.21 | mg/kg | SW846 6020 | |
|   Copper | 44.7 | 0.21 | mg/kg | SW846 6020 | |

Results and reporting limits have been adjusted for dry weight.

| PARAMETER | RESULT | UNITS | ANALYTICAL METHOD | |
|---|---|---|---|---|
| Dibenzodioxins and Dibenzofurans, HRGC/HRMS | | | | Reviewed |
|   2,3,7,8-TCDD | 4.5 | pg/g | SW846 8290 | |
|   Total TCDD | 65 | pg/g | SW846 8290 | |
|   1,2,3,7,8-PeCDD | 51 | pg/g | SW846 8290 | |
|   Total PeCDD | 380 | pg/g | SW846 8290 | |
|   1,2,3,4,7,8-HxCDD | 110 | pg/g | SW846 8290 | |
|   1,2,3,6,7,8-HxCDD | 350 | pg/g | SW846 8290 | |
|   1,2,3,7,8,9-HxCDD | 340 | pg/g | SW846 8290 | |
|   Total HxCDD | 2700 | pg/g | SW846 8290 | |
|   1,2,3,4,6,7,8-HpCDD | 7100 D | pg/g | SW846 8290 | |
|   Total HpCDD | 13000 | pg/g | SW846 8290 | |
|   OCDD | 39000 D | pg/g | SW846 8290 | |
|   2,3,7,8-TCDF | 34 CON | pg/g | SW846 8290 | |
|   Total TCDF | 130 | pg/g | SW846 8290 | |
|   1,2,3,7,8-PeCDF | 49 | pg/g | SW846 8290 | |
|   2,3,4,7,8-PeCDF | 73 | pg/g | SW846 8290 | |
|   Total PeCDF | 440 | pg/g | SW846 8290 | |
|   1,2,3,4,7,8-HxCDF | 340 | pg/g | SW846 8290 | |
|   1,2,3,6,7,8-HxCDF | 180 | pg/g | SW846 8290 | |
|   2,3,4,6,7,8-HxCDF | 150 | pg/g | SW846 8290 | |
|   1,2,3,7,8,9-HxCDF | 4.6 J | pg/g | SW846 8290 | |
|   Total HxCDF | 3200 | pg/g | SW846 8290 | |
|   1,2,3,4,6,7,8-HpCDF | 4600 D | pg/g | SW846 8290 | |
|   1,2,3,4,7,8,9-HpCDF | 76 J,D | pg/g | SW846 8290 | |
|   Total HpCDF | 8200 | pg/g | SW846 8290 | |
|   OCDF | 2200 D | pg/g | SW846 8290 | |

Results and reporting limits have been adjusted for dry weight.
D   Result was obtained from the analysis of a dilution.
CON Confirmation analysis.

(Continued on next page)