IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**SHERRI L. DAVIS; et al.**                                                           **PLAINTIFFS**

**VERSUS**                                    **CIVIL ACTION NO. 2:06-CV-187-WKW**

**TMA FOREST PRODUCTS GROUP; et al.**                        **DEFENDANTS**

### MOTION TO ALLOW AMENDED COMPLAINT

Come now the Plaintiffs and move this Court to allow Plaintiffs to amend Plaintiffs' Complaint to make the following changes:

1,  To delete Count Nine (Spoliation) as a cause of action, but to return certain allegations in the general allegations.

2.  A copy of the proposed Amended Complaint is attached.

Respectfully submitted this 24th day of April, 2006.

                                                          /s/ W. Eason Mitchell
                                                          W. EASON MITCHELL (MIT020)
                                                          The Colom Law Firm, LLC
                                                          Post Office Box 866
                                                          Columbus, MS 39703-0866
                                                          Telephone: 662-327-0903
                                                          Facsimile: 662-329-4832
                                                          emitchell@colom.com

    /s/ Gregory A. Cade
GREGORY A. CADE (CAD010)
LEE GRESHAM, III (GRE054)
FRED R. DeLEON (DEL021)
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL  35222
Telephone: 205-328-9200
Facsimile: 205-328-9206

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on April 24, 2006, I electronically filed the foregoing *Motion to Allow Amended Complaint* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    H. Thomas Wells, Jr., Esq.
    John A. Earnhardt, Esq.
    Dennis R. Bailey, Esq.
    R. Austin Huffaker, Esq.

    /s/ W. Eason Mitchell
W. Eason Mitchell

davis - motion.wpd