IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRI L. DAVIS, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )    CASE NO. 2:06-CV-187-WKW |
| | ) |
| TMA FOREST PRODUCTS GROUP, et al. | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

It is ORDERED that the defendants shall show cause **on or before May 17, 2006**, why the following motions filed by the plaintiffs should not be granted:

1. Motion to Consolidate (Doc. # 21);

2. Motion to Allow Amended Complaint (Doc. # 23).

DONE this the 27th day of April, 2006.

                                               /s/   W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE