

# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

---

**INITIATE NEW BROWSE**

```
 Corporation                                                D/C 731-089
   Legal Name:   Lockhart Lumber Company, Inc.

   Place Of Inc: Covington County

   Date Of Inc.: 08-30-1958   Merged.: 11-01-1978

   Merged Into.: D & D Lumber Company, Inc.

   Reg Agent...: * Not On Data Base

   Prin Address: LOCKHART, AL

   Capital Amt.: $125,000 Authorized   $25,000 Paid In

   Nat Of Bus..: MFG PULPWOOD, WOOD CHIPS, PAPER WOOD, ETC

   Names Of Inc: JACKSON, C M
                 LITTLE, GROVER H
                 DIXON, SOLON
                 DIXON, CHARLES
```

**TRANSACTION LIST**

**← PREVIOUS PAGE**



---

© 2006, Office of the Secretary of State, State of Alabama



EXHIBIT
1



# TRANSACTIONS
Office of the Secretary of State
State of Alabama

---



```
Corporation                                               D/C 731-089
   Legal Name:   Lockhart Lumber Company, Inc.


                ---- Legal Name Merged In: ------------------------------
11-01-1978..:   Conecuh Lumber Company, Incorporated
```

[← PREVIOUS PAGE]

© 2006, Office of the Secretary of State, State of Alabama

---