

# CORPORATE DETAILS

Office of the Secretary of State
State of Alabama

---

**INITIATE NEW BROWSE**

Corporation                                                    F/C 731-086
  Legal Name:   D & D Lumber Company, Inc.

State Of Inc:   Delaware

Qualified...:   12-17-1957  Withdrawn.: 11-01-1978

Date Of Inc.:   * Not On Data Base

Reg Agent...:   DIXON, SOLON
                ANDALUSIA, AL

Prin Address:   100 WEST TENTH ST
                WILMINGTON, DE

Nat Of Bus..:   MFG, DEAL IN WOOD CHIPS, WOOD PRODUCTS, ETC

**TRANSACTION LIST**

**← PREVIOUS PAGE**



---

© 2006, Office of the Secretary of State, State of Alabama



EXHIBIT
3



# TRANSACTIONS

## Office of the Secretary of State
## State of Alabama

---

INITIATE NEW BROWSE

```
Corporation                                          F/C 731-086
   Legal Name:  D & D Lumber Company, Inc.



                ---- Legal Name Changed From: -----------------------------------
03-13-1961..:  D & D Chips, Inc.

                ---- Legal Name Merged In: -------------------------------------
11-01-1978..:  Lockhart Lumber Company, Inc.

                ---- Miscellaneous Filing Entry: ------------------------------
11-01-1978..:  AMENDMENT FILED

03-13-1961..:  AMENDMENT FILED
```

← PREVIOUS PAGE



---

© 2006, Office of the Secretary of State, State of Alabama