

# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama


INITIATE NEW BROWSE

```
Corporation                                          D/C 054-257
  Legal Name:   D & D Lumber Company, Inc.

Place Of Inc:   Montgomery County

Date Of Inc.:   11-13-1978

Reg Agent...:   * Not On Data Base

Prin Address:   MONTGOMERY, AL

Capital Amt.:   $1,000 Authorized   $1,000 Paid In

Nat Of Bus..:   LUMBER TIMBER AND FOREST PRODUCTS ETC

Names Of Inc:   ALLERSMEYER, PAUL S
                HOENIGMANN, JOHN S
                HENNELLY, THOMAS G
```

← PREVIOUS PAGE

© 2006, Office of the Secretary of State, State of Alabama


EXHIBIT 9



# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

---

**INITIATE NEW BROWSE**

```
Corporation                                              D/C 054-271
  Legal Name:   Lockhart Lumber Company, Inc.

Place Of Inc:   Montgomery County

Date Of Inc.:   11-13-1978

Reg Agent...:   * Not On Data Base

Prin Address:   MONTGOMERY, AL

Capital Amt.:   $1,000 Authorized   $1,000 Paid In

Nat Of Bus..:   LUMBER, TIMBER AND FOREST PRODUCTS

Names Of Inc:   ALLERSMEYER, PAUL S
                HOENIGMANN, JOHN S
                HENNELLY, THOMAS C
```

**← PREVIOUS PAGE**



© 2006, Office of the Secretary of State, State of Alabama