# EXHIBIT C

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Matthew C Sostrin

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Matthew C Sostrin was dully admitted to practice in said Court on (12/18/2003) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/27/2006)

Michael W. Dobbins, Clerk,
By: David A. Jozwiak
    Deputy Clerk

https://ecf.ilnd.circ7.dcn/atyAdmission/638599Certificate.htm                2/27/2006