IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRI L. DAVIS, et al.,        )  | |
|                                  )  | |
|    Plaintiffs,        ) | |
|                                  ) | |
| v.        ) | CASE NO. 2:06-CV-187-WKW |
|                                  ) | |
| TMA FOREST PRODUCTS GROUP, et al.        ) | |
|                                  ) | |
|    Defendants.        ) | |

## **ORDER**

It is ORDERED that a status conference is scheduled for May 23, 2006, at 4:00 p.m, in Courtroom E-200, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this the 12th day of May, 2006.

                                                /s/  W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE