IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SHERRI L. DAVIS, et al.,                      )
                                              )
    Plaintiffs,                       )
                                              )
    v.                                )      CASE NO. 2:06-CV-187-WKW
                                              )
TMA FOREST PRODUCTS GROUP, et al.             )
                                              )
    Defendants.                       )

## **O R D E R**

Upon consideration of the Motion for John C. Berghoff, Jr., Mark R. Ter Molen

and Matthew C. Sostrin to Appear Pro Hac Vice (Doc. #31) filed on May 11, 2006, it is

hereby

ORDERED that the motion be GRANTED.

DONE this 12th day of May, 2006.


                /s/  W.  Keith Watkins
              UNITED STATES DISTRICT JUDGE