IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SHERRI L. DAVIS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CASE NUMBER:** |
| ) | **2:06-cv-187-WKW-SRW** |
| **TMA FOREST PRODUCTS GROUP, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## SPECIAL APPEARANCE OF D & D LUMBER COMPANY, INC.

Defendant D & D Lumber Company, Inc. ("D & D Lumber") submits this Special Appearance for the limited purpose of opposing Plaintiffs' Request for Entry of Default. D & D Lumber requests that this Honorable Court enter an order denying Plaintiffs' Request for Entry of Default because Plaintiffs fraudulently joined D & D Lumber. D & D Lumber also submits that process and service of process are defective in this matter. D & D Lumber discusses these issues in further detail in its Opposition to Plaintiffs' Request for Entry of Default and Motion to Dismiss, which has been filed contemporaneous herewith.

        Respectfully Submitted,


        _s/ E. Bryan Nichols_
        H. Thomas Wells, Jr.
        Bar Number: WEL004
        twells@maynardcooper.com
        John A. Earnhardt
        Bar Number: EAR006
        jearnhardt@maynardcooper.com
        E. Bryan Nichols
        Bar Number: NIC036
        bnichols@maynardcooper.com

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999

        John C. Berghoff Jr
        Mark R. Ter Molen
        Matthew C. Sostrin
        *Admitted Pro Hac Vice*

        MAYER, BROWN, ROWE & MAW, LLP
        71 S. Wacker Drive
        Chicago, Illinois 60606

        Attorneys for Defendant
        *D & D Lumber Company, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2006, I served the foregoing upon the following persons via U.S. Mail:

*COUNSEL FOR DEFENDANTS LOUISIANA-PACIFIC CORPORATION*

Dennis R. Bailey
R. Austin Huffaker
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, AL  36101

*COUNSEL FOR PLAINTIFF*

W. Eason Mitchell
Colon Law Firm
P. O. Box 866
Columbus, MS  39703

Gregory A. Cade
W. Lee Gresham III
Fred R. DeLeon
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL  35222

                                               s/ E. Bryan Nichols
E. Bryan Nichols
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1184
Facsimile: (205) 254-1999
E-mail: bnichols@maynardcooper.com
Bar Number: NIC036

3

01334214.6