## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **SHERRI L. DAVIS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NUMBER:** |
| | ) | **2:06-cv-187-WKW-SRW** |
| **TMA FOREST PRODUCTS GROUP, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |

### DEFENDANT PACTIV CORPORATION'S
### RESPONSE TO PLAINTIFFS' MOTION TO ALLOW
### <u>AMENDED COMPLAINT AND MOTION TO STRIKE</u>

Defendant Pactiv Corporation ("Pactiv") submits this response to Plaintiff's Motion to
Allow Amended Complaint and moves to strike paragraph 109 of the proposed Amended
Complaint as it relates to Pactiv.  In support thereof, Pactiv states as follows:

1.    On April 24, 2006, Plaintiffs filed a Motion to Allow Amended Complaint
seeking to delete Count 9 (spoliation) as a cause of action.  Pactiv does not oppose Plaintiffs'
motion to the extent that it seeks to delete the spoliation count, as it does not present a
recognized cause of action under Alabama law.

2.    Plaintiffs, however, continue to allege that "Plaintiffs are entitled to the benefit of
the substantive law of the State of Alabama, including an inference of <u>Defendants'</u> guilt,
culpability or awareness of their liability because of spoliation of evidence."  Am. Compl. at ¶
109 (Emphasis added).

3.    Plaintiffs have alleged no basis for claims of spoliation against Pactiv.

1

4.     Plaintiffs merely allege (at ¶¶ 107-08) that Louisiana-Pacific Corporation—not Pactiv—destroyed or disposed of material evidence and documents.  *See also* Pls.' Resp. to Defs.' Mot. to Dismiss (attaching Affs. of Carlton Dukes and Connie Wayne Adams, which allege that Louisiana-Pacific, not Pactiv, may have destroyed relevant evidence).

WHEREFORE, Pactiv Corporation requests that the Court enter an order striking paragraph 109 of the proposed Amended Complaint insofar as it alleges spoliation of the evidence as against Pactiv.

01339575.1

Respectfully Submitted,


_____s/ E. Bryan Nichols_____

H. Thomas Wells, Jr.
Bar Number: WEL004
twells@maynardcooper.com
John A. Earnhardt
Bar Number: EAR006
jearnhardt@maynardcooper.com
E. Bryan Nichols
Bar Number: NIC036
bnichols@maynardcooper.com

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999


John C. Berghoff Jr
Mark R. Ter Molen
Matthew C. Sostrin
*Admitted Pro Hac Vice*

MAYER, BROWN, ROWE & MAW, LLP
71 S. Wacker Drive
Chicago, Illinois 60606

Attorneys for Defendant
*Pactiv Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*COUNSEL FOR DEFENDANTS LOUISIANA-PACIFIC CORPORATION*

     Dennis R. Bailey
     R. Austin Huffaker
     Rushton, Stakely, Johnston & Garrett
     P. O. Box 270
     Montgomery, AL  36101

     *COUNSEL FOR PLAINTIFF*

     W. Eason Mitchell
     Colon Law Firm
     P. O. Box 866
     Columbus, MS  39703

     Gregory A. Cade
     W. Lee Gresham III
     Fred R. DeLeon
     Environmental Litigation Group
     3529 Seventh Avenue South
     Birmingham, AL  35222

                                 s/ E. Bryan Nichols
                         E. Bryan Nichols
                         1901 Sixth Avenue North
                         Suite 2400
                         Birmingham, Alabama 35203
                         Telephone: (205) 254-1184
                         Facsimile: (205) 254-1999
                         E-mail: bnichols@maynardcooper.com
                         Bar Number: NIC036

01339575.1