

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**  }
} ss.
**NORTHERN DISTRICT OF GEORGIA**  }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **DOUGLAS SHEPPARD ARNOLD, 23208,** was duly admitted to practice in said Court on July 25, 1994 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 4th day of May, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: *Eugene T. Thornton*
Eugene T. Thornton
Deputy Clerk

