IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRI L. DAVIS, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    CASE NO. 2:06-CV-187-WKW |
| | ) |
| TMA FOREST PRODUCTS GROUP, et al. | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Upon consideration of Plaintiffs' Motion to Allow Amended Complaint (Doc. # 23), and for good cause shown, it is ORDERED that the motion is GRANTED. The Clerk is DIRECTED to docket the Amended Complaint attached to said motion accordingly.

Notwithstanding the amendment of the complaint, the parties are DIRECTED to be prepared to argue the pending motions. Arguments will be heard at the status conference, which has been set for May 23, 2006, at 4:00 p.m, in Courtroom E-200, United States Courthouse, One Church Street, Montgomery, Alabama.

It is further ORDERED that Plaintiffs file a response to Defendant D&D Lumber Company, Inc.'s Opposition to Plaintiff's Request for Entry of Default and Motion to Dismiss (Doc. # 36) on or before May 23, 2006, at 12:00 p.m.

Done this the 18th day of May, 2006.

                                                 /s/   W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE