IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


SHERRI L. DAVIS; et al.                                          PLAINTIFFS

VERSUS                              CIVIL ACTION NO. 2:06-CV-187-WKW

PACTIV CORPORATION; et al.                              DEFENDANTS


AGREED UPON MOTION TO DISMISS DEFENDANTS
D & D LUMBER COMPANY, INC., AND LOCKHART
LUMBER COMPANY, INC., WITHOUT PREJUDICE


Come now the Plaintiffs and state as follows;

1.    It is not the Plaintiffs' intention to dismiss any cause of action

      related to the predecessors of Defendant PACTIV, which were

      D & D Lumber Company, Inc., and Lockhart Lumber Company,

      Inc., Delaware corporations, which had their principle place of

      business in the State of Alabama.

2.    Plaintiffs and PACTIV have agreed upon the proper description

      of the  Defendants to be dismissed without prejudice in order to

      dismiss the two corporations which have the same name as

Defendants' predecessors.

Wherefore, Plaintiffs move the Court to dismiss D & D Lumber Company, Inc., an Alabama corporation formed on November 13, 1978, and Lockhart Lumber Company, Inc., an Alabama corporation formed on November 13, 1978, as Defendants in this matter, without prejudice.

Respectfully submitted this 22nd day of May, 2006.

      /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

I, W. Eason Mitchell, hereby certify that on May 22, 2006, I electronically filed the foregoing *Agreed upon Motion to Dismiss Defendants D & D Lumber Company , Inc., and Lockhart Lumber Company, Inc., Without Prejudice* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Dennis R. Bailey
John Aaron Earnhardt
W. Lee Gresham , III
R. Austin Huffaker , Jr
Edwin Bryan Nichols
Matthew C. Sostrin
Mark R. Ter Molen
H. Thomas Wells , Jr
John C. Berghoff , Jr

/s/ W. Eason Mitchell
W. Eason Mitchell

50686.wpd