**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **SHERRI L. DAVIS, et al.,** | \| |
| | \| |
| **PLAINTIFFS** | \| |
| | \| |
| **vs.** | \|   **Case No. 2:06-cv-00187-WKW-SRW** |
| | \| |
| **TMA FOREST PRODUCTS** | \| |
| **GROUP, etc., et al.,** | \| |
| | \| |
| **DEFENDANTS** | \| |

**NOTICE OF APPEARANCE**

Laura Proctor, Esq. hereby enters her appearance as additional counsel for Defendant

Louisiana-Pacific Corporation in the above-styled action.   The undersigned requests that full

copies of all pleadings, motions, notices, etc. be served upon her.


Respectfully submitted this 23rd day of May, 2006.


/s/ Laura Proctor
Laura Proctor
Alabama Bar No. ASB-1504-R54L

Associate General Counsel, Louisiana-Pacific
   Corporation


Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219

OF COUNSEL:

Dennis R. Bailey
R. Austin Huffaker
Rushton, Stakely, Johnson & Garrett, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2006, I filed the foregoing via the CM/ECF

system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

H. Thomas Wells, Jr.

John A. Earnhardt

E. Bryan Nichols

/s/ Laura Proctor
Of Counsel