IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**SHERRI L. DAVIS; et al.**                                                          **PLAINTIFFS**

**VERSUS**                                          **CIVIL ACTION NO. 2:06-CV-187-WKW**

**JURY TRIAL DEMANDED**

**PACTIV CORPORATION; et al.**                                              **DEFENDANTS**

## AMENDED COMPLAINT

### JURISDICTION

1. This action makes claims for damages for violation of the laws of the State of Alabama. The Plaintiffs specifically do not claim any damages for violation of federal statutes or law.

### VENUE

2. Venue of this action is proper in Covington County, Alabama, because many of the wrongful acts which caused the Plaintiffs' injuries and damages occurred in Covington County, Alabama, and the Plaintiffs were injured in Covington County, Alabama.