IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRI L. DAVIS, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )    CASE NO. 2:06-CV-187-WKW |
| | ) |
| TMA FOREST PRODUCTS GROUP, et al. | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

It is ORDERED that Defendants shall have until 5:00 p.m. on Friday, May 26, 2006, to inform the Court of any consolidation (for discovery only) issues not addressed at the May 23, 2006 status conference.

DONE this the 24th day of May, 2006.

                                          /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE