IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SHERRI DAVIS, et al.,,** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 2:06CV187-WKW** |
| **PACTIV CORPORATION and** | |
| **LOUISIANA-PACIFIC CORPORATION,** | **DEFENDANTS** |

**NOTICE OF PRODUCTION OF VIDEO CASSETTES
TO COURT FOR *IN CAMERA* INSPECTION**

Plaintiffs have forwarded eight (8) original video cassettes to the Court in order to conform to the Court order for *in camera* inspection.

Plaintiffs have also forwarded a DVD referred to as the "Florala Mediation CD," which contains summaries of most witness interviews.

Included with the tapes was a list of their titles for identification purposes.

Respectfully submitted this 6th day of July, 2006.

                                              /s/ W. Eason Mitchell
                                              W. EASON MITCHELL (MIT020)
                                              The Colom Law Firm, LLC
                                              Post Office Box 866
                                              Columbus, MS 39703-0866
                                              Telephone: 662-327-0903
                                              Facsimile: 662-329-4832

**CERTIFICATE OF SERVICE**

I, W. Eason Mitchell, hereby certify that on July 6, 2006, I electronically filed the foregoing *Notice of Production of Video Cassettes to Court for In Camera Inspection* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Douglas Sheppard Arnold, Esq.
    Dennis R. Bailey, Esq.
    John C. Berghoff, Jr., Esq.
    John A. Earnhardt, Esq.
    R. Austin Huffaker, Jr., Esq.
    Orlyn O. Lockard, III, Esq.
    Edwin Bryan Nichols, Esq.
    Laura Ellison Proctor, Esq.
    Erin O'Kane Scott, Esq.
    Matthew C. Sostrin, Esq.
    Mark R. Ter Molen, Esq.
    H. Thomas Wells, Jr., Esq.
    Bernard Taylor, Sr., Esq.

This 6th day of July, 2006.

    /w/ W. Eason Mitchell
    W. Eason Mitchell