IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRI L. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv187-LES |
| | ) |
| PACTIV CORPORATION, *et al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion to allow the plaintiff to send disputed material to the Magistrate Judge for an *in camera* inspection (doc. # 58). On July 5, 2006, the court granted the motion for *in camera* inspection in three cases and the material was subsequently delivered to the court. Accordingly, it is

ORDERED that the motion to allow the plaintiff to send disputed material to the Magistrate Judge for an *in camera* inspection (doc. # 58) be and is hereby DENIED as moot.

Done this 14th day of July, 2006.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE