IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRI L. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv187-LES |
| ) | |
| PACTIV CORPORATION, *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is defendant Pactiv's motion to strike filed on May 17, 2006 (doc. # 37). Upon consideration of the motion, it is

ORDERED that on or before August 18, 2006, the opposing party shall show cause why the motions should not be granted.

Done this 7th day of August, 2006.

           /s/Charles S. Coody
           CHARLES S. COODY
           CHIEF UNITED STATES MAGISTRATE JUDGE