IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**SHERRI L. DAVIS; et al.**                                          **PLAINTIFFS**

**VERSUS**                             **CIVIL ACTION NO. 2:06-CV-187-LES-CSC**

**PACTIV CORPORATION; et al.**                                   **DEFENDANTS**

### MOTION TO AMEND COMPLAINT AND TO SEVER
### FROM CLAIMS OF THE REMAINING PLAINTIFFS

Comes now Plaintiff Kandy Creech and moves this Honorable Court to allow her to amend Plaintiffs' Complaint as follows:

1. The claims of the Plaintiff Kandy Creech have been selected for an initial trial setting.

2. The claims of the remaining Plaintiffs in this Complaint have not been selected for trial.

3. It is in the interest of judicial economy to allow the claim of Kandy Creech to be stated separately.

Filed this 14th day of September, 2007.

/s/ W. Eason Mitchell  
W. EASON MITCHELL (MIT020)  
The Colom Law Firm, LLC  
Post Office Box 866  
Columbus, MS 39703-0866  
Telephone: 662-327-0903  
Facsimile: 662-329-4832  
emitchell@colom.com  

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on September 14, 2007, I electronically filed the foregoing *Motion to Amended Complaint and to Sever From Claims of the Remaining Plaintiffs* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Douglas Sheppard Arnold  
Dennis R. Bailey  
Joshua L. Becker  
John C. Berghoff , Jr  
Meaghan G Boyd  
Richard Elder Crum  
Fred R. DeLeon , Jr  
John Aaron Earnhardt  
Jaimy L Hamburg  
R. Austin Huffaker , Jr  
Orlyn O. Lockard , III  
Akila S. McConnell  
Edwin Bryan Nichols  
Laura Ellison Proctor  
Sean A. Simmons  
Matthew C. Sostrin  
Bernard Taylor

      Mark R. Ter Molen
      H. Thomas Wells, Jr
      Roberta M Wertman

This 14th day of September, 2007.

                                      /s/ W. Eason Mitchell

                                      W. Eason Mitchell

85308.wpd